JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA I. REYES GARCIA,<br>　　　　Plaintiff,<br>　　v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 5:22-cv-0255-SK<br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: May 24, 2023　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE